Briccetti, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

INTERNATIONAL FIDELITY INSURANCE
COMPANY,

                        Plaintiff,

- against -

AMERICAN INSTITUTE OF STEEL
CONSTRUCTION; BDO USA, LLP;
FRAGOMEN, DEL REY, BERNSEN &
LOEWY, P.C.; GUARDIAN INDUSTRIES
CORP.; H. MUEHLSTEIN & CO., INC.; H.H.
BROWN FINANCIAL SYSTEMS; HARBOR
FOOTWEAR GROUP; HENRY SCHEIN,
INC.; INGERSOLL RAND; JAB USA, INC.;
JOHNSON CONTROLS; MARINSTEIN &
MARINSTEIN, ESQS., PLLC; PACE MOTOR
LINES, INC.; PENTLAND USA, INC.;
SAMMARCO STONE & SUPPLY; SERVICE
CENTER METALS; STEVEN SUPPLY CO.,
INC.; TAMMINA SOLUTIONS, LLC;
THULE, INC.; U.F. FACTORS CO.; UNIMIN
CORPORATION, UNITED
REFRIGERATION; VAN DEUSEN &
ASSOCIATES; VERITEXT NATIONAL
DEPOSITION & LITIGATION SERVICES;
WELLS FARGO CAPITAL FINANCE, and
JOHN DOES 1-10,

                       Defendants.
------------------------------------------------------------X

Case No.
7:12-CV-00232-VB

STIPULATION AND ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/23/12

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff, International Fidelity Insurance Company, and defendant, JAB USA, Inc., as follows:

      1. The time for JAB USA, Inc. to answer, move or otherwise respond to the Amended Interpleader Complaint in this action is extended to and including March 12, 2012, subject to this Court's approval.

6950943.2

2. The original date by which JAB USA, Inc. was required to respond to the Amended Interpleader Complaint was February 27, 2012.

3. There have been no prior requests for an extension.

4. The reasons for the instant request for an extension of time are that additional time is needed to prepare JAB USA, Inc.'s response to the Amended Interpleader Complaint and to explore whether an amicable resolution of this interpleader action can be reached.

Dated: New York, New York
February 23, 2012

| WOLFF & SAMSON PC | CARTER LEDYARD & MILBURN LLP |
|---|---|
| By: /s/ Michael D. Fleischman<br>Michael D. Fleischman<br>*Attorneys for Plaintiff*<br>International Fidelity Insurance Company<br>140 Broadway, 46th Floor<br>New York, New York 10005<br>(212) 973-0572 | By: /s/ Mark R. Zancolli<br>Mark R. Zancolli<br>*Attorneys for Defendant*<br>JAB USA, Inc.<br>Two Wall Street<br>New York, New York 10005<br>(212) 732-3200 |

SO ORDERED:

/s/ Vincent L. Briccetti
Hon. Vincent L. Briccetti, U.S.D.J.

Dated: 2/23/12

-2-

6950943.2