Nicholas Caputo, Esq.
Robinson Brog Leinwand Greene
Genovese & Gluck, P.C.
Attorney for Third-Party Plaintiff
Alpine Consulting Co. of NY, Inc.
875 Third Avenue, 9th Floor
New York, New York 10022
Tel: (212) 603-6300

| | |
|---|---|
| WAUSAU BUSINESS INSURANCE COMPANY, <br><br> Plaintiff, <br><br> -against- <br><br> ALPINE CONSULTING CO. OF NEW YORK, INC., ASSOCIATED GERIATRIC INFORMATION NETWORK, INC., CREST HALL CORP., CROWN NURSING HOME ASSOCIATES, INC., OAK HOLLOW NC CORP., CENTRAL HEALTH CARE SERVICES, INC., BLOSSOM NORTH, LLC, BLOSSOM SOUTH, LLC, CAMPBELL HALL HEALTH CARE CENTER, INC., VICTORY LAKE OPERATIONS, LLC, and CAMPBELL HALL REHABILITATION CENTER, INC., <br><br> Defendants. <br><br> ALPINE CONSULTING CO. OF NEW YORK, INC., <br><br> Third-Party Plaintiff, <br> -against- <br><br> OXFORD COVERAGE, INC., ABC CORPS. 1-5, XYZ LLC's 1-5, and JOHN and JANE DOES 1-5, <br><br> Third-Party Defendants. | UNITED STATES DISTRICT COURT <br> SOUTHERN DISTRICT OF NEW YORK <br><br> Civil Action No.: <br><br> 11-CV-2482 (VB) (LMS) <br><br> **REQUEST FOR ENTRY OF DEFAULT AGAINST THIRD-PARTY DEFENDANT OXFORD COVERAGE, INC.** |

TO THE CLERK OF THE ABOVE-NAMED COURT:

      Please enter upon the docket a default against Oxford Coverage, Inc., in the above-captioned action for failure to answer the third-party complaint of third-party

{00568773.DOC;1}

plaintiff Alpine Consulting Co. of New York, Inc. within 21 days of service of said third-party complaint, as required by Fed. R. Civ. Proc. 14(a)(2)(A).

Dated: March 23, 2012

ROBINSON BROG LEINWAND
GREENE GENOVESE & GLUCK P.C.
Attorney for Third-Party Plaintiff Alpine
Consulting Co. of New York, Inc.

By: _____
    Nicholas Caputo, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WAUSAU BUSINESS INSURANCE COMPANY,   :

                Plaintiff,   :

-against-   :   ECF CASE

ALPINE CONSULTING CO. OF NEW YORK,   :   Civil Action No.:
INC., ASSOCIATED GERIATRIC INFORMATION   :
NETWORK, INC., CREST HALL CORP., CROWN   :   11-CV -2482 (VB) (LMS)
NURSING HOME ASSOCIATES, INC., OAK
HOLLOW NC CORP., CENTRAL HEALTH CARE   :   **CLERK'S CERTIFICATE**
SERVICES, INC., BLOSSOM NORTH, LLC,   :
BLOSSOM SOUTH, LLC, CAMPBELL HALL
HEALTH CARE CENTER, INC., VICTORY LAKE   :
OPERATIONS, LLC, and CAMPBELL HALL
REHABILITATION CENTER, INC.,   :

                Defendants.   :

---

ALPINE CONSULTING CO. OF NEW YORK,   :
INC.,   :

                Third-Party Plaintiff,   :

-against-   :

OXFORD COVERAGE, INC., ABC CORPS. 1-5,   :
XYZ LLC's 1-5, and JOHN and JANE DOES 1-5,   :

                Third-Party Defendants.   :

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on April 12, 2011 with the filing of a summons and complaint. Third-party plaintiff, Alpine Consulting Co. of New York, Inc. ("Alpine"), filed a third-party complaint on December 15, 2011 and subsequently served same upon the Secretary of State on January 5, 2012. Under Fed. R. Civ. Proc. 14(a)(2)(A), third-party defendant, Oxford Coverage, Inc. ("Oxford") had 21 days to file an answer to said third-party complaint. Oxford failed to file an answer to the third-party complaint within said 21 days.

{00568774.DOC;1 }

  I further certify that the docket entries indicate that the Oxford has not filed an answer to Alpine's third-party complaint. The default of the Oxford is hereby noted.

Dated: New York, New York

_____

**RUBY J. KRAJICK**
Clerk of Court

By: _____
   Deputy Clerk

{00568774.DOC;1 }