



## JAFFE & ASHER
### ATTORNEYS AT LAW

ESTABLISHED 1974

PLEASE REPLY TO NEW YORK OFFICE

600 THIRD AVENUE
NEW YORK, NY 10016-1901
(212) 687-3000
(212) 687-9639 (FAX)

NEW JERSEY OFFICE
1107 GOFFLE ROAD
HAWTHORNE, NJ 07507-0508
(973) 423-3998
(973) 423-6074 (FAX)

March 19, 2012

**VIA FACSIMILE**

Honorable Vincent L. Briccetti
United States District Court, S.D.N.Y.
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601

APPLICATION GRANTED
SO ORDERED
VINCENT L. BRICCETTI  3/23/12
U.S.D.J.
Plaintiffs' claims against these
two defendants are
dismissed per Rule
41(a)(2).

Re: **Wausau Business Insurance Company, et al. v.
Alpine Consulting Co. of NY Inc., et al.
Civil Action No.:   11 CV 2482**

Dear District Judge Briccetti:

We represent plaintiffs WAUSAU BUSINESS INSURANCE COMPANY and EMPLOYERS INSURANCE COMPANY OF WAUSAU (collectively, "Wausau") in this action. Please be advised that Wausau respectfully requests that the Court dismiss all of its claims against defendants ALPINE CONSULTING CO. OF NEW YORK INC. and ASSOCIATED GERIATRIC INFORMATION NETWORK, INC., without costs to any party.

Wausau already filed a Stipulation and Order of Settlement, in which Wausau released all claims against these two defendants. In addition, no counterclaims were alleged against Wausau. As such, all claims involving Wausau have been fully resolved.

Respectfully submitted,

Marshall T. Potashner

MTP:mp
Cc: William P. Laino, Esq. (via facsimile)
    Nicholas R. Caputo, Esq. (via facsimile)
    Bruce G. Hart, Esq. (via facsimile)
    David R. Lurie, Esq. (via facsimile)
    Robert W. Margulies, Esq. (via facsimile)