```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
Wausau Business Insurance Co.


                v.                                    ORDER OF REFERENCE
                                                            TO A
                                                      MAGISTRATE JUDGE
Alpine Consulting Company et.al                       7: 11 cv 2482  (VB) (LMS)



------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/23/12

The above entitled action is referred to the Honorable Lisa Margaret Smith, United States Magistrate Judge, for purpose of:

| | | | |
|---|---|---|---|
| __X__ | GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement) | ____ | JURY SELECTION |
| | | ____ | HABEAS CORPUS |
| ____ | GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial) | ____ | INQUEST AFTER DEFAULT / DAMAGES HEARING |
| ____ | DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation) | ____ | SOCIAL SECURITY |
| ____ | SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute) * | ____ | SETTLEMENT |
| | | ____ | OTHER |

Dated: March 23, 2012
      White Plains, New York

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge

* Do not check if already referred for General Pre-Trial.