UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
WAUSAU BUSINESS INSURANCE COMPANY,
AND EMPLOYERS INSURANCE COMPANY
OF WAUSAU

                        PLAINTIFF,           CIVIL ACTION NO.
                                                         11 CIV 2482
                                                         (J. BRICCETTI)

                                                         **OXFORD COVERAGE**
                                                         **INC.'S**
               -AGAINST-                     **ANSWER TO**
                                                         **DEFENDANT ALPINE'S**
                                                         **THIRD-PARTY**
                                                         **COMPLAINT**

ALPINE CONSULTING CO. OF NEW YORK, INC,
ASSOCIATED GERIATRICS INFORMATION
NETWORK, INC., CREST HALL CORP., CROWN
NURSING HOME ASSOCIATES, INC., OAK HOLLOW
NC CORP., CENTRAL HEALTHCARE SERVICES,
INC., BLOSSOM HEALTH CARE CENTER, INC.,
BLOSSOM NORTH, LLC, BLOSSOM SOUTH, LLC,
CAMPBELL HALL HEALTH CARE CENTER, INC.,
VICTORY LAKE OPERATIONS, LLC, AND CAMPBELL
HALL REHABILITATION CENTER, INC.,

                                                DEFENDANTS.
-----------------------------------------------------------X
ALPINE CONSULTING CO. OF NY, INC.,

                      THIRD PARTY PLAINTIFF

       -against-

OXFORD COVERAGE, INC., ABC CORPS. 1-5,
XYZ LLC'S 1-5 and JOHN and JANE DOES
1-5,

                    THIRD PARTY DEFENDANTS.
-----------------------------------------------------------X

       Third Party Defendant OXFORD COVERAGE, INC. by its attorneys, DRABKIN &

MARGULIES, sets forth the following as and for its **Answer to Third Party Plaintiff, Alpine Consulting Co of NY, Inc. 's ("Alpine") Third Party Complaint,** with Affirmative Defenses:

### ANSWERING PRELIMINARY ALLEGATIONS

1. Defendant admits the allegations in Paragraph 2, 4, 5, and 6.

2. Denies generally, upon information and belief, without complete knowledge sufficient to form a belief as to the truth of all averments, all the allegations alleged in paragraphs, 1, 3, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24 and 25, and refer all conclusions of fact and law to this Court.

3. Denies each and every allegation in paragraphs 26 and 27.

### ANSWERING FIRST CLAIM FOR RELIEF

4. Defendant repeats and re-alleges all the answers noted above as to the allegations contained in paragraphs 1 through 27 as if fully set forth herein.

5. Denies each and every allegation in paragraphs 29 and 30.

### ANSWERING SECOND CLAIM FOR RELIEF

6. Defendant repeats and re-alleges all the answers noted above as to the allegations contained in paragraphs 1 through 30 as if fully set forth herein.

7. Denies each and every allegation in paragraphs 32 and 33.

### AS AND FOR ITS FIRST AFFIRMATIVE DEFENSE

8. The third party claims fail to state a cause of action upon which relief can be granted.

### AS AND FOR ITS SECOND AFFIRMATIVE DEFENSE

9. The third party claims are barred and/or jurisdictionally defective, by reason of the improper filing of the Third Party Complaint in the Electronic Filing System of this Court.

### AS AND FOR ITS THIRD AFFIRMATIVE DEFENSE

10. The third party claims are barred by reason of defendant's laches.

### AS AND FOR ITS FOURTH AFFIRMATIVE DEFENSE

11. The third party claims are barred by reason of the causes of action being moot, since all allegations against ALPINE by plaintiff have been released and discontinued without ALPINE having to pay any amounts to plaintiff.

### AS AND FOR ITS FIFTH AFFIRMATIVE DEFENSE

12. Third Party Defendant has a defense based upon payment, that is that all allegations against ALPINE by plaintiff have been released and discontinued without ALPINE having to pay any amounts to plaintiff.

### AS AND FOR ITS SIXTH AFFIRMATIVE DEFENSE

13. All or part of third party plaintiff's claim is barred by the doctrine of accord and satisfaction, as all allegations against ALPINE by plaintiff have been released and discontinued without ALPINE having to pay any amounts to plaintiff.

### AS AND FOR ITS SEVENTH AFFIRMATIVE DEFENSE

14. The third party claims are moot since ALPINE has not been, and will not be determined to bear any liability to one or both of the Plaintiffs (or any co-defendant) for any claim asserted in the Amended Complaint or any other pleadings, including but not limited to any retrospectively calculated or adjusted premium amounts.

### AS AND FOR ITS EIGHTH AFFIRMATIVE DEFENSE

15. The third party claims are barred by the lack of privity between Third Party Plaintiff and Third Party Defendant.

### AS AND FOR ITS NINTH AFFIRMATIVE DEFENSE

16. The third party claims are barred by lack of consideration.

### AS AND FOR ITS TENTH AFFIRMATIVE DEFENSE

17. Third Party Defendant has a defense based upon mitigation of damages and/or Third Party Plaintiff's failure to do so.

### AS AND FOR ITS ELEVENTH AFFIRMATIVE DEFENSE

18. The Court lacks subject matter jurisdiction over the defendant's third party claims on the ground that there is no diversity of citizenship, and the amount in controversy does not exceed $75,000.

WHEREFORE, Third Party Defendant OXFORD COVERAGE, INC. demands judgment dismissing Third Party Plaintiffs Third Party Complaint, together with all other relief as may be just and proper under the circumstances to be determined by this Court, together with costs, interest and expenses.

DATED: NEW YORK, NEW YORK
March 20, 2012

Yours, etc.

Robert Margulies (RWM 3335)
DRABKIN & MARGULIES
Attorneys for Third Party Defendants
**OXFORD COVERAGE INC**
120 Broadway, Suite 1150
New York, New York   10271
(212) 964-3400

TO:
JAFFE & ASHER, LLP.

Attorneys for Plaintiff
WAUSAU BUSINESS INS CO.
600 Third Ave – 9th floor
New York, New York 10016
(212) 687-3000
Marshall T. Potashner (MTP-3552)

MORRITT HOCK & HAMROFF
Attorneys for Defendants:
CREST HALL CORP., CROWN
NURSING HOME ASSOCIATES,
INC. AND OAK HOLLOW NC,
CORP.
400 Garden City Plaza
Garden City, New York 11530
(516) 873-2000
William P. Laino, Esq.

Robinson, Brog, Leinwand, Greene
Attorneys for ALPINE CONSULTING
875 Third Avenue, 9th Floor
New York, New York 10022
Attn: Nick Caputo, Esq.
212-603-0491

David R. Lurie, Esq. (DL 8837)
Attorney for ASSOCIATED GERIATRIC
10 East 40th Street
Suite 3307
New York, New York 10016
1-347-651-0194